# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Olton Lee Dumas

Case No. Civil 00-905 DSD/AJB

Plaintiff

v.

**JUDGMENT IN A CIVIL CASE**

Board of Governors of the Corrections Corporation of America, et al., Corrections Corporation of America's insurers, et al., State of Wisconsin, et al, and its insurers, Wisconsin Joint Committee on Finance, et al., and their Insurers, State of Minnesota, et al., and its Insurers, Appleton Minnesota Economic Development Authority Committee, et al and their Insurers

Defendants

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's application to proceed without prepayment of fees is denied and this action is dismissed without prejudice.

DATE: June 19, 2000

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk